**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No.  09-cr-00266-CMA

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.     DAVID A. BANKS,
2.     DEMETRIUS K. HARPER,
          a/k/a Ken Harper,
3.     GARY L. WALKER,
4.     CLINTON A. STEWART,
          a/k/a C. Alfred Stewart,
5.     DAVID A. ZIRPOLO, and
6.     KENDRICK BARNES,

     Defendants.

---

**ORDER REGARDING DISCLOSURE OF GRAND JURY MATERIALS**

---

Upon consideration of the Government's Motion to Disclose Copies of Grand Jury Materials under Specified Conditions to the Attorneys for Defendants Pursuant to Fed. R. Crim. P. 6(e)(3)(E)(i) (Doc. # 44), it is

ORDERED that a copy of the transcripts of the testimony identified in the Government's motion given before Grand Juries 06-1 and 09-1, and related exhibits, be disclosed to the attorneys for the Defendants for preparation for trial.

IT IS FURTHER ORDERED that:

1.     Defense counsel make only such copies as are necessary to prepare a defense of this criminal case;

2. Defense counsel keep a written record concerning how many copies were made, to whom those copies were delivered, and the date of delivery, and that defense counsel deliver a copy of this Order allowing disclosure with the materials;

3. Defense counsel provide Defendants with reasonable access to the Grand Jury materials, but that defense counsel not allow Defendants to retain copies of any Grand Jury materials;

4. No person, other than defense counsel, make any copy of the Grand Jury materials for any purpose; and

5. At the conclusion of the case in this Court, by entry of the Court's judgment, defense counsel collect all such copies and return them to the Government within ten days.

 DATED:  July __1__, 2009

         BY THE COURT:

         _____
         CHRISTINE M. ARGUELLO
         United States District Judge