**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 09-cr-00266-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DAVID A. BANKS,
2. DEMETRIUS K. HARPER
   a/k/a Ken Harper,
3. GARY L. WALKER,
4. CLINTON A. STEWART
   a/k/a C. Alfred Stewart,
5. DAVID A. ZIRPOLO, and
6. KENDRICK BARNES,

    Defendants.

---

**ORDER GRANTING ENDS OF JUSTICE CONTINUANCE
AND EXCLUDABLE TIME**

---

    This matter is before the Court on the Joint Motion To Continue Jury Trial (Doc. # 324), filed by Defendants Banks, Harper, Walker, Stewart and Zirpolo and unopposed by Defendant Barnes.  Having reviewed the motion, the Court finds:

    1.    This matter is currently set for a six-week trial commencing January 31, 2011.

    2.    Due to the voluminous discovery, multiple defendants, and complex nature of the allegations in this matter, denying the requested continuance would result in a miscarriage of justice by denying Defendants an adequate opportunity to prepare

for trial, despite the exercise of due diligence. Pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and (iv), the ends of justice that will be served by continuing the January 31, 2011 trial date for the requested 120 days outweigh the best interests of the public and the Defendants in a speedy trial.

IT IS, THEREFORE, ORDERED that:

1. The motion (Doc. # 324) is GRANTED and the Court hereby grants a continuance of the January 31, 2011 trial for 120 days from that date;

2. The final trial preparation conference set for January 14, 2011 and the six-week jury trial set to commence January 31, 2011 are VACATED;

3. The final trial preparation conference in this matter is RESET to **May 13, 2011 at 1:00 p.m.** The six-week jury trial is RESET to **May 23, 2011 at 9:00 a.m.**

DATED: November  22 , 2010

                                            BY THE COURT:

                                            *Christine M. Arguello*

                                            CHRISTINE M. ARGUELLO
                                            United States District Judge