**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 09-cr-00266-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DAVID A. BANKS,
2. DEMETRIUS K. HARPER
   a/k/a Ken Harper,
3. GARY L. WALKER,
4. CLINTON A. STEWART
   a/k/a C. Alfred Stewart,
5. DAVID A. ZIRPOLO, and
6. KENDRICK BARNES,

    Defendants.

---

**ORDER REGARDING MOTION TO DISMISS COUNSEL
AND PROCEED *PRO SE***

---

    This matter is before the Court *sua sponte*. The Court has received a letter from Defendants that does not appear to have been provided to their respective attorneys (*see* Doc. # 339, letter dated December 10, 2010 from the individual Defendants). This document indicates that they are exercising "their 6th Amendment right of self-representation" and that they wish to "dismiss their assigned legal counsel forthwith."

    Such unilateral action on the part of Defendants is not proper, and the Court has set a status conference on **Thursday, December 16, 2010 at 9:00 AM in Courtroom A602 of the Arraj Courthouse** in order to address the situation.

IT IS FURTHER ORDERED that Defendants David A. Banks, Demetrius K. Harper, Gary L. Walker, Clinton A. Stewart, David A. Zirpolo, and Kendrick Barnes, defense counsel for each of the above-referenced Defendants, and counsel for the Government shall be present at this status conference.

DATED: December  13 , 2010

BY THE COURT:

*Christine M Arguello*
_____
CHRISTINE M. ARGUELLO
United States District Judge