IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Criminal Case No. 09-cr-00266-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DAVID A. BANKS,
2. DEMETRIUS K. HARPER
   a/k/a Ken Harper,
3. GARY L. WALKER,
4. CLINTON A. STEWART
   a/k/a C. Alfred Stewart,
5. DAVID A. ZIRPOLO, and
6. KENDRICK BARNES,

    Defendants.

## THIRD ORDER MODIFYING ORDER REGARDING DISCLOSURE OF GRAND JURY MATERIALS

Upon consideration of the Government's Unopposed Third Motion to Modify Order Regarding Disclosure of Grand Jury Materials (Doc. # 404), the Court finds that the Defendants' *pro se* status has made it necessary for them to have access to grand jury transcripts and related exhibits themselves for the limited purposes of trial preparation and use at trial. It is, therefore,

ORDERED that the Court's previous extant Orders concerning disclosure of grand jury transcripts and related exhibits (Doc. ## 48, 238) are VACATED.

IT IS FURTHER ORDERED that:

1. The Defendants make only such copies of grand jury materials as are necessary for their own use to prepare a defense of this criminal case;

2. No person, other than the Defendants, make any copy of the grand jury materials for any purpose;

3. The Defendants not disclose grand jury materials or their contents outside of court proceedings, except that they may show a witness a transcript of his/her own testimony for the limited purpose of trial preparation; and

4. At the conclusion of the case in this Court, by entry of the Court's judgment, Defendants shall collect all such copies and **return them to the government within ten days**.

DATED this __12th__ day of April, 2011, at Denver, Colorado.

BY THE COURT:

*[signature: Christine M. Arguello]*

_____
CHRISTINE M. ARGUELLO
United States District Judge