IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Criminal Case No. 09-cr-00266-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DAVID A. BANKS,
2. DEMETRIUS K. HARPER
   a/k/a Ken Harper,
3. GARY L. WALKER,
4. CLINTON A. STEWART
   a/k/a C. Alfred Stewart,
5. DAVID A. ZIRPOLO, and
6. KENDRICK BARNES,

    Defendants.

## ORDER GRANTING MOTION TO SEAL

This matter is before the Court on the Government's Motion to Seal Docket Entry 521 (Doc. # 522). The Court, having reviewed the Motion, the Government's brief in support of that request (Doc. # 523), the Defendants' Objections thereto (Doc. ## 529 and 535), and being otherwise advised in the premises, FINDS as follows:

    1.    The Government has shown good cause in support of its request;

    2.    The Government's interest in sealing these documents outweighs the presumption of public access, including access by the Defendants; and

    3.    Serious injury would result if access is not restricted as requested by the Government.

For the foregoing reasons, therefore, it is ORDERED that the Government's Motion to Seal (Doc. # 522) is GRANTED.

IT IS FURTHER ORDERED that Docket Entry # 521 and the Government's brief in support of its motion (Doc. # 523) are hereby SEALED until further order of this Court.

SO ORDERED this __4th__ day of November, 2011

BY THE COURT:

*Christine M Arguello*

CHRISTINE M. ARGUELLO
United States District Judge