IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Criminal Case No.  09-cr-00266-CMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

1.  DAVID A. BANKS,
2.  DEMETRIUS K. HARPER,
3.  GARY L. WALKER,
4.  CLINTON A. STEWART,
5.  DAVID A. ZIRPOLO, and
6.  KENDRICK BARNES,

Defendants.
_____

**ORDER**
_____

This matter arises *sua sponte*.

I granted the defendants' motions for release on bond and other conditions.  See Orders [Docs. ## 570-575].  Subsequently, I am informed that certain members of the jury have been contacted by Tara Goggans, acting on behalf of the defendants.

Local rule of practice 24.1, D.C.COLO.LCrR, provides that "[n]o party or attorney shall communicate with, or cause another to communicate with, a juror or prospective juror, before, during, or after any trial without written authority signed by the judicial officer to whom the case is assigned for trial."  I am informed that the district judge has not given written authority for the contact and, to the contrary, has prohibited any such contact.  The juror contact in violation of the local rule and the district judge's admonition raises safety concerns.

I am considering adding to the conditions of release for each defendant the following

special condition:

>    (l)   Not contact, directly or through any other person or representative, any member of the jury, and not request or encourage any other person to contact any member of the jury, all unless authorized in writing by the judicial officer to whom the case is assigned for trial.

The parties may stipulate to the proposed additional special condition in writing and on or before December 2, 2011. If all parties have not stipulated, I will hear the parties' positions on the proposed additional special condition at the date and time set below.

IT IS ORDERED:

(1)   The parties may stipulate to the proposed additional special condition in writing on or before December 2, 2011.

(2)   A hearing on the proposed additional special condition is set for **December 7, 2011, at 9:00 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. The defendants shall appear in court at that date and time for the hearing. The hearing will be vacated if all parties stipulate to the proposed additional special condition.

Dated November 30, 2011.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge