IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 15-cv-02223-CMA
Criminal Action No. 09-cr-00266-CMA-3

UNITED STATES OF AMERICA,

      Plaintiff,

v.

3.  GARY L. WALKER,

      Defendant.

---

## ORDER

---

After preliminary consideration of the Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (ECF No. 902), it is now

ORDERED that the United States Attorney on or before November 8, 2015, shall file an answer or other pleading directed to the motion pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings.

DATED:  October 8, 2015

BY THE COURT:

CHRISTINE M. ARGUELLO
United States District Judge